**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Michael Bisch                    **Case No.:** 14-28027 - C - 7
**Adversary Title:** Carello v. Bisch            **Adv No.:** 21-02061

                                                 **Docket Control No.** NBL-1
                                                 **Date:** 10/27/2021
                                                 **Time:** 1:30 PM

**Matter:** [9] - Motion/Application to Dismiss Adversary
Proceeding/Notice of Removal [NBL-1] Filed by Defendant Michael Bisch
(vcaf)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Diamond Reporters**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
 (by phone) Defendant's Attorney - Nicholas B. Lazzarini
**Respondent(s):**
 (by phone) Plaintiff - Sheri L. Carello; (by phone) Plaintiff's
Attorney - Estela O. Pino

---

**CIVIL MINUTES**


Motion Denied

Findings of fact and conclusions of law stated orally on the record


**The court will issue an order.**