**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Michael Bisch,<br>        Debtor.<br>_____<br>Sheri L. Carello,<br>        Plaintiff,<br>v.<br>Michael Bisch,<br>        Defendant.<br>_____ | ) Case No.: 14-28027 - C - 7<br>) Adv No.: 21-02061<br>) Docket Control No.: NBL-1<br>) Document No.: 9<br>)<br>)<br>) Date: 10/27/2021<br>) Time: 1:30 PM<br>) Dept: C<br>)<br>)<br>) |

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion to dismiss adversary proceeding is denied.

Dated: November 03, 2021

_____
United States Bankruptcy Judge

[9] - Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [NBL-1] Filed by Defendant Michael Bisch (vcaf)