YOUNG & LAZZARINI
NICHOLAS LAZZARINI (SBN #259247)
KENRICK YOUNG (SBN #236032)
770 L Street, Suite 950
Sacramento, CA 95814-3361
916.929.6865 (tel)
916.471.0377 (fax)
info@kenrickyoung.com

Attorneys for Debtor and Defendant Michael Bisch, an individual

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-28027-C-7 |
| MICHAEL BISCH | Adv. Proc. No. 21-02061 |
| Debtor. | **DEFENDANT MICHAEL BISCH'S ANSWER TO COMPLAINT** |
| SHERI L. CARELLO, CHAPTER 7 TRUSTEE, | |
| Plaintiff, | |
| v. | |
| MICHAEL BISCH, | |
| Defendant. | |

Debtor and Defendant Michael Bisch, an individual ("Defendant"), hereby responds and answers the Complaint for Declaratory Relief and Turnover of Property and Accounting (the "Complaint") filed by Chapter 7 Trustee Sheri L. Carello ("Plaintiff") as follows:

1. As to Paragraph 1 of the Complaint, Defendant admits.
2. As to Paragraph 2 of the Complaint, Defendant admits.
3. As to Paragraph 3 of the Complaint, Defendant admits
4. As to Paragraph 4 of the Complaint, Defendant admits.
5. As to Paragraph 5 of the Complaint, Defendant admits
6. As to Paragraph 6 of the Complaint, Defendant admits.
7. As to Paragraph 7 of the Complaint, Defendant admits.
8. As to Paragraph 8 of the Complaint, Defendant admits
9. As to Paragraph 9 of the Complaint, Defendant admits.
10. As to Paragraph 10 of the Complaint, Defendant admits.
11. As to Paragraph 11 of the Complaint, Defendant admits.
12. As to Paragraph 12 of the Complaint, Defendant admits.
13. As to Paragraph 13 of the Complaint, Defendant admits.
14. As to Paragraph 14 of the Complaint, Defendant admits Plaintiff realleges and incorporates the preceding paragraphs.  Defendant realleges and reincorporates all of his corresponding responses.
15. As to Paragraph 15 of the Complaint, Defendant admits.
16. As to Paragraph 16 of the Complaint, Defendant admits in part and denies in part.  Defendant admits Plaintiff is holding $24,000.00 obtained from Trackside Center, LLC ("Trackside LLC").  Defendant denies all other allegations.
17. As to Paragraph 17 of the Complaint, Defendant lacks sufficient personal knowledge and so must deny.
18. As to Paragraph 18 of the Complaint, Defendant lacks sufficient personal knowledge and so must deny.

19. As to Paragraph 19 of the Complaint, Defendant admit in part and denies in part. Defendant admits he filed paperwork to incorporate BV64, Inc. Defendant denies all other allegations.

20. As to Paragraph 20 of the Complaint, Defendant admits.

21. As to Paragraph 21 of the Complaint, Defendant has no personal knowledge and so must deny.

22. As to Paragraph 22 of the Complaint, Defendant has no personal knowledge and so must deny.

23. As to Paragraph 23 of the Complaint, Defendant admits in part and denies in part. Defendant admits to opening a checking account ending in 2943 with First Northern Bank. Defendant denies all other allegations.

24. As to Paragraph 24 of the Complaint, Defendant denies.

25. As to Paragraph 25 of the Complaint, Defendant denies.

26. As to Paragraph 26 of the Complaint, Defendant denies.

27. As to Paragraph 27 of the Complaint, Defendant denies.

28. As to Paragraph 28 of the Complaint, Defendant denies.

29. As to Paragraph 29 of the Complaint, Defendant denies.

30. As to Paragraph 30 of the Complaint, Defendant denies.

31. As to Paragraph 31 of the Complaint, Defendant denies.

32. As to Paragraph 32 of the Complaint, Defendant denies.

33. As to Paragraph 33 of the Complaint, Defendant denies.

34. As to Paragraph 34 of the Complaint, Defendant denies.

35. As to Paragraph 35 of the Complaint, Defendant denies.

36. As to Paragraph 36 of the Complaint, Defendant admits Plaintiff realleges and incorporates the preceding paragraphs. Defendant realleges and reincorporates all of his corresponding responses.

37. As to Paragraph 37 of the Complaint, Defendant admits.

38. As to Paragraph 38 of the Complaint, Defendant admits in part and denies in part. Defendant admits on or about April 18, 2014, BV64 entered into an agreement for the purchase of real property located at 901 3rd Street, Davis, CA 95616 and commonly known as Trackside Center (the "Trackside Property") from JLM Davis, LLC ("JLM Davis"). Defendant denies all other allegations.

39. As to Paragraph 39 of the Complaint, Defendant denies.

40. As to Paragraph 40 of the Complaint, Defendant admits.

41. As to Paragraph 41 of the Complaint, Defendant denies.

42. As to Paragraph 42 of the Complaint, Defendant admits.

43. As to Paragraph 43 of the Complaint, Defendant denies.

44. As to Paragraph 44 of the Complaint, Defendant lacks sufficient personal knowledge and so must deny.

45. As to Paragraph 45 of the Complaint, Defendant denies.

46. As to Paragraph 46 of the Complaint, Defendant denies.

47. As to Paragraph 47 of the Complaint, Defendant admits.

48. As to Paragraph 48 of the Complaint, Defendant denies.

49. As to Paragraph 49 of the Complaint, Defendant denies.

50. As to Paragraph 50 of the Complaint, Defendant denies.

51. As to Paragraph 51 of the Complaint, Defendant admits.

52. As to Paragraph 52 of the Complaint, Defendant has no personal knowledge and so must deny.

53. As to Paragraph 53 of the Complaint, Defendant has no personal knowledge and so must deny.

54. As to Paragraph 54 of the Complaint, Defendant denies.

55. As to Paragraph 55 of the Complaint, Defendant has no personal knowledge and so must deny.

56. As to Paragraph 56 of the Complaint, Defendant has no personal knowledge and so must deny.

57. As to Paragraph 57 of the Complaint, Defendant denies.
58. As to Paragraph 58 of the Complaint, Defendant denies.
59. As to Paragraph 59 of the Complaint, Defendant denies.
60. As to Paragraph 60 of the Complaint, Defendant admits.
61. As to Paragraph 61 of the Complaint, Defendant denies.
62. As to Paragraph 62 of the Complaint, Defendant admits.
63. As to Paragraph 63 of the Complaint, Defendant denies.
64. As to Paragraph 64 of the Complaint, Defendant denies.
65. As to Paragraph 65 of the Complaint, Defendant has no personal knowledge and so must deny.
66. As to Paragraph 66 of the Complaint, Defendant denies.
67. As to Paragraph 67 of the Complaint, Defendant denies.
68. As to Paragraph 68 of the Complaint, Defendant denies.
69. As to Paragraph 69 of the Complaint, Defendant denies.
70. As to Paragraph 70 of the Complaint, Defendant denies.
71. As to Paragraph 71 of the Complaint, Defendant denies.
72. As to Paragraph 72 of the Complaint, Defendant denies.
73. As to Paragraph 73 of the Complaint, Defendant denies.
74. As to Paragraph 74 of the Complaint, Defendant denies.
75. As to Paragraph 75 of the Complaint, Defendant denies.
76. As to Paragraph 76 of the Complaint, Defendant denies.
77. As to Paragraph 77 of the Complaint, Defendant denies.
78. As to Paragraph 78 of the Complaint, Defendant denies.
79. As to Paragraph 79 of the Complaint, Defendant denies.
80. As to Paragraph 80 of the Complaint, Defendant denies.
81. As to Paragraph 81 of the Complaint, Defendant admits.
82. As to Paragraph 82 of the Complaint, Defendant denies.
83. As to Paragraph 83 of the Complaint, Defendant denies.

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814
916.929.6865

84. As to Paragraph 84 of the Complaint, Defendant denies.
85. As to Paragraph 85 of the Complaint, Defendant denies.
86. As to Paragraph 86 of the Complaint, Defendant denies.
87. As to Paragraph 87 of the Complaint, Defendant denies.
88. As to Paragraph 88 of the Complaint, Defendant denies.
89. As to Paragraph 89 of the Complaint, Defendant admits.
90. As to Paragraph 90 of the Complaint, Defendant denies.
91. As to Paragraph 91 of the Complaint, Defendant denies.
92. As to Paragraph 92 of the Complaint, Defendant denies.
93. As to Paragraph 93 of the Complaint, Defendant denies.
94. As to Paragraph 94 of the Complaint, Defendant denies.
95. As to Paragraph 95 of the Complaint, Defendant denies.
96. As to Paragraph 96 of the Complaint, Defendant denies.
97. As to Paragraph 97 of the Complaint, Defendant denies.
98. As to Paragraph 98 of the Complaint, Defendant denies.
99. As to Paragraph 99 of the Complaint, Defendant denies.
100. As to Paragraph 100 of the Complaint, Defendant denies.
101. As to Paragraph 101 of the Complaint, Defendant has no personal knowledge and so must deny.
102. As to Paragraph 102 of the Complaint, Defendant has no personal knowledge and so must deny.
103. As to Paragraph 103 of the Complaint, Defendant has no personal knowledge and so must deny.
104. As to Paragraph 104 of the Complaint, Defendant denies.
105. As to Paragraph 105 of the Complaint, Defendant denies.
106. As to Paragraph 106 of the Complaint, Defendant denies.
107. As to Paragraph 107 of the Complaint, Defendant denies.
108. As to Paragraph 108 of the Complaint, Defendant denies.

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814
916.929.6865

1　　109.　As to Paragraph 109 of the Complaint, Defendant denies.

2　　110.　As to Paragraph 110 of the Complaint, Defendant has no personal
3　knowledge and so must deny.

4　　111.　As to Paragraph 111 of the Complaint, Defendant has no personal
5　knowledge and so must deny.

6　　112.　As to Paragraph 112 of the Complaint, Defendant has no personal
7　knowledge and so must deny.

8　　113.　As to Paragraph 113 of the Complaint, Defendant has no personal
9　knowledge and so must deny.

10　　114.　As to Paragraph 114 of the Complaint, Defendant has no personal
11　knowledge and so must deny.

12　　115.　As to Paragraph 115 of the Complaint, Defendant admits Plaintiff
13　realleges and incorporates the preceding paragraphs. Defendant realleges and
14　reincorporates all of his corresponding responses.

15　　116.　As to Paragraph 116 of the Complaint, Defendant denies.

16　　117.　As to Paragraph 117 of the Complaint, Defendant denies.

17　　118.　As to Paragraph 118 of the Complaint, Defendant denies.

18　　119.　As to Paragraph 119 of the Complaint, Defendant denies.

19　　120.　As to Paragraph 120 of the Complaint, Defendant denies.

20　　121.　As to Paragraph 121 of the Complaint, Defendant denies.

21　　122.　As to Paragraph 123 of the Complaint, Defendant denies.

22　　123.　As to Paragraph 124 of the Complaint, Defendant denies.

23　　124.　As to Paragraph 125 of the Complaint, Defendant denies.

24　　125.　As to Paragraph 126 of the Complaint, Defendant denies.

25　　126.　As to Paragraph 127 of the Complaint, Defendant denies.

26　　127.　As to Paragraph 128 of the Complaint, Defendant denies.

27　　128.　As to Paragraph 129 of the Complaint, Defendant denies.

28　　129.　As to Paragraph 130 of the Complaint, Defendant denies.

130. As to Paragraph 131 of the Complaint, Defendant admits Plaintiff realleges and incorporates the preceding paragraphs. Defendant realleges and reincorporates all of his corresponding responses.

131. As to Paragraph 132 of the Complaint, Defendant has no personal knowledge and so must deny.

132. As to Paragraph 133 of the Complaint, Defendant has no personal knowledge and so must deny.

133. As to Paragraph 134 of the Complaint, Defendant denies.

134. As to Paragraph 135 of the Complaint, Defendant denies.

135. As to Paragraph 136 of the Complaint, Defendant denies.

136. As to Paragraph 137 of the Complaint, Defendant denies.

137. As to Paragraph 138 of the Complaint, Defendant denies.

138. As to Paragraph 139 of the Complaint, Defendant denies.

139. As to Paragraph 140 of the Complaint, Defendant denies.

140. As to Paragraph 141 of the Complaint, Defendant denies.

141. As to Paragraph 142 of the Complaint, Defendant denies.

142. As to Paragraph 143 of the Complaint, Defendant denies.

143. As to Paragraph 144 of the Complaint, Defendant denies.

144. As to Paragraph 145 of the Complaint, Defendant denies.

145. As to Paragraph 146 of the Complaint, Defendant denies.

146. As to Paragraph 147 of the Complaint, Defendant denies.

147. As to Paragraph 148 of the Complaint, Defendant denies.

148. As to Paragraph 149 of the Complaint, Defendant denies.

149. As to Paragraph 150 of the Complaint, Defendant denies.

150. As to Paragraph 151 of the Complaint, Defendant denies.

151. As to Paragraph 152 of the Complaint, Defendant denies.

//

//

### FIRST AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that the Complaint fails to state facts sufficient to constitute any cause of action or claim for relief against Defendant.

### SECOND AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that the Plaintiff's damages, if any, were caused by the intentional or negligent acts of third-parties that were out of the control of Defendant, thus barring or limiting Plaintiff's right of recovery.

### THIRD AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that Plaintiff have waived any and all claims that it may have had or has against Defendant arising from the transactions and occurrences set forth in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that the Complaint is barred in its entirety by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that Plaintiff has failed to act reasonably to mitigate any losses or damages that it has alleged in this action.

//
//
//
//

### SIXTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that his actions were taken in good faith and based on a reasonable belief that such actions were lawful.

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that the Complaint seeks damages not properly recoverable against Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that Plaintiff's claims are barred by the applicable statute of limitations.

### NINTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges all of Plaintiff's claims have already been satisfied.

### TENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges Plaintiff are not entitled to relief as Defendant has completed performance of all obligations under each and every agreement.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges Defendant was prevented from completing any and all of his obligations due to impossibility.

//

//

## TWELFTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges Defendant has a right of offset of any amounts owed to Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges Plaintiff are unable to recover damages in any amount because Plaintiff have suffered no injury or damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that he presently has insufficient knowledge or information on which to form a belief as to whether it may have additional as yet unstated defenses available. Defendant reserves herein the right to assert additional defenses in the event discovery indicates that it would be appropriate.

Date: November 10, 2021          YOUNG & LAZZARINI

/s/ Nicholas Lazzarini
NICHOLAS LAZZARINI
Attorney for Defendant
MICHAEL BISCH

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814
916.929.6865