# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Michael Bisch         **Case No.:** 14-28027 - C - 7
**Adversary Title:** Farris v. Bisch   **Adv No.:** 21-02061
                                        **Docket Control No.**
                                        **Date:** 10/12/2022
                                        **Time:** 1:30 PM

**Matter:** Pre-Trial Conference Re: Complaint for: 1) Declaratory Relief; and 2) Turnover of Property and Accounting - [1] - (91 (Declaratory judgment)),(11 (Recovery of money/property - 542 turnover of property)),(14 (Recovery of money/property - other)) : Complaint 21-02061 by Sheri L. Carello against Michael Bisch. (Fee Paid $350.00) (eFilingID: 7007132) (tjof)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Not Recorded**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

### CIVIL MINUTES

Pre-Trial conference concluded; the case having been dismissed on October 6, 2022 (docket no. 51).